<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 01-8014**

---

JEFFREY ALLEN CARTER,

                                          Petitioner - Appellant,

    versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                                          Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-00-708-2)

---

Submitted:  July 26, 2002        Decided:  December 13, 2002

---

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jeffrey Allen Carter, Appellant Pro Se.  Mary Kathleen Beatty
Martin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jeffrey Allen Carter appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2254 (2000), and denying reconsideration of that order. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no substantial question that Carter was deprived of a constitutional right. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. See Carter v. Angelone, No. CA-00-708-2 (E.D. Va. Aug. 27, 2001; Oct. 25, 2001; Nov. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2